# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL L. BOYD**  **PLAINTIFF**
*ADC #115890*

v.  **CASE NO. 2:23-CV-00050-BSM-JTK**

**LAY, Warden, East
Arkansas Regional Unit,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 6] is adopted. Michael Boyd is allowed to proceed with his claims that Tracy Bennett, Angela Douglas, and Mixon were deliberately indifferent to his serious medical needs by taking his ileostomy pouch and denying him ileostomy supplies. All other claims against all other defendants are dismissed without prejudice for failure to state a claim upon which relief may be granted. The clerk is directed to terminate Lay, Dexter Payne, and Well Path Corporation as parties to this lawsuit.

IT IS SO ORDERED this 25th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE