IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL L. BOYD**                                                              **PLAINTIFF**
*ADC #115890*

v.                         CASE NO. 2:23-CV-00050-BSM-JTK

**LAY, Warden, East
Arkansas Regional Unit,** *et al.*                                            **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 19] is adopted. Michael Boyd's motion to request to see specialist [Doc. No. 18] is construed as a motion for preliminary injunction and is denied.

IT IS SO ORDERED this 22nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE