IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL L. BOYD                                                                                              PLAINTIFF
ADC # 115890

v.                                              2:23CV00050-JTK

LAY, et al.                                                                                                    DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED. Plaintiff's claims against Defendants Tracy Bennett, Angela Douglas, and Angela Mixon are dismissed with prejudice. Plaintiff's remaining claims have been dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and any underlying orders dismissing this action is considered frivolous and not in good faith.

Dated this 31st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE